UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MICHAEL CORPOLONGO,

        Plaintiff,                                  Case No.  05:06-CV-10480

-v-                                              Hon. John Corbett O'Meara

GRAND TRUNK WESTERN RAILROAD,
INC. d/b/a CANADIAN NATIONAL
RAILROAD, ROTUNDA MARBLE AND
STONE RESTORATION, INC. and PERRIN
CONSTRUCTION CO., INC.,

        Defendants

---

| | |
|---|---|
| MARK E. BOEGEHOLD (P 38699) | RIK MAZZEO (P 30675) |
| Attorney for Plaintiff | Attorney for Def. Perrin Const. |
| 155 W. Congress, Suite 350 | 37000 Grand River, Suite 300 |
| Detroit, MI 48226 | Farmington Hills, MI 48335 |
| 313/961-0425 | 248/476-6900 |
| | |
| JOHN C. CANDELA (P 36183) | LAMBERTO DiSTEFANO (P29904) |
| Attorney for Def. Grand Trunk | Attorney for Def. Rotunda Marble |
| 38705 Seven Mile Road, Ste. 255-A | 380 N. Main Street |
| Livonia, MI 48153 | Clawson, MI 48017 |
| 734/591-6470 | 248/588-7704 |

---

## ORDER GRANTING DEFENDANT, PERRIN COMPANY, INC.'S MOTION FOR SUMMARY JUDGMENT

This court on January 24, 2008, having been presented Defendant, Perrin Construction

Company, Inc's Motion for Summary Judgment, having received Plaintiff, Michael Corpolongo's

Response to Defendant Perrin Construction's Motion for Summary Judgment, and having heard oral

argument presented by counsel and being more fully advised in the premises;

IT IS HEREBY ORDERED that Defendant, Perrin Construction Company, Inc.'s Motion for Summary Judgment is granted. That pursuant to the "Common Work Area Doctrine", as set forth in *Ormsby v Capital Welding, Inc.*, 471 Mich 45 (2004), Plaintiff, Michael Corpolongo has failed to meet elements (2) (to guard against readily observable and avoidable dangers), (3) (that created a high degree or risk to a significant number of workmen), (4) (in a common work area).

For these reasons and the reasons stated on the record on January 24, 2008, Defendant Perrin Construction Company, Inc.'s Motion for Summary Judgment is granted, and Plaintiff's Complaint against Defendant, Perrin Construction Company, Inc., only, is dismissed with prejudice.

 

                                  s/John Corbett O'Meara

Date: February 06, 2008                    United States District Judge


Approved as to form only:


        /S/
MARK E. BOEGEHOLD (P 38699)
Attorney for Plaintiff
155 W. Congress, Suite 350
Detroit, MI 48226
313/961-0425
kiri@skupinlucas.com


        /S/
RIK MAZZEO (P 30675)
Attorney for Defendant Perrin
Construction Company, Inc.
37000 Grand River, Suite 300
Farmington Hills, MI 48335
248/476-6900
rmazzeo@ntlmj.com

Certificate of Service

I hereby certify that a copy of this order was served upon counsel of record on this date, February 06, 2008, by electronic and/or ordinary mail.

<u>s/William Barkholz</u>
Case Manager